UNITED STATES DISTRICT COURT OF APPEALS

ELEVENTH CIRCUIT

CASE NO. 18-13452-B

MARIA DEL ROCIO BURGOS GARCIA and LUIS A. GARCIA SAZ,

    Appellants,

vs.

CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, INC. and CHURCH OF SCIENTOLOGY FLAG SHIP ORGANIZATION, INC.

    Appellees.

_____/

**MOTION TO STAY BRIEFING SCHEDULE PENDING RESOLUTION OF JURISDICTIONAL QUESTIONS**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Appellants, MARIA DEL ROCIO BURGOS GARCIA and LUIS A. GARCIA SAZ, pursuant to E.R.P. 26.1, and 11th Cir. R. 26.1-3, hereby submit this Certificate of Interested Persons and Corporate Disclosure Statement, as follows:

    Babbitt, Theodore – Counsel for Appellants

    Babbitt & Johnson, P.A. – Counsel for Appellants

    Burlington & Rockenbach, P.A – Counsel for Appellants

C1 of C2

Burlington, Philip M. – Counsel for Appellants

Church of Scientology Flag Service Organization, Inc. – Appellee

Church of Scientology of Flag Ship Service Organization, Inc. – Appellee

Deixler, Bert H. – Counsel for Appellees

Garcia, Maria Del Rocio Burgos – Appellant

Johnson, Pope, Bokor, Ruppel & Burns, LLP – Counsel for Appellees

Johnson, Robert E. – Counsel for Appellants

GrayRobinson, P.A. – Counsel for Appellants

Lieberman, Eric M. – Counsel for Appellees

Rabinowitz, Boudin, Standard, Krinsky & Lieberman – Counsel for Appellees

Pope, F. Wallace, Jr. – Counsel for Appellees

Potter, Robert Vernon – Counsel for Appellees

Saz, Luis A. Garcia – Appellant

Weil, Quaranta, McGovern, P.A. – Counsel for Appellants

Weil, Ronald P.  – Counsel for Appellants

Weil, Snyder, Schweikert & Ravindran, P.A.

Whittemore, James D. – U.S. Middle District Court Judge

Appellants, MARIA DEL ROCIO BURGOS GARCIA and LUIS A. GARCIA SAZ, hereby file this Motion to Stay Briefing Schedule.

1. The Notice of Appeal in this case was filed on August 15, 2018.

2. On October 9, 2018, this Court issued a Memorandum with several jurisdictional questions regarding the finality of the order appealed. The Court required both parties to respond to the jurisdictional questions. Appellants filed their Response on October 23, 2018. In their Response, Appellants candidly admitted that they were unsure as to whether this Court has jurisdiction, noting decisional conflict in the Federal Circuit Courts of Appeals, but had filed a Notice of Appeal out of an abundance of caution. On October 30, 2018, Appellees filed their Response to this Court's jurisdictional questions. They too were uncertain as to whether this Court has jurisdiction. This Court has not yet ruled on this issue.

3. On December 15, 2018, this Court issued an additional Memorandum raising an additional Jurisdictional Question. The Court required the parties to respond as to whether the relevant pleadings sufficiently alleged the citizenship of one of the corporate Defendants. Appellants filed their Response on December 27, 2018. Appellants conceded that the pleadings were not sufficiently clear as to the citizenship of one of the Defendants, but that the parties agreed as to the requisite jurisdictional facts. Appellants asked this Court to allow for an amendment of the pleadings pursuant to 28 U.S.C. §1653. Alternatively, Appellants asked that this

Court remand the case to the trial court for the record to be supplemented with evidence to demonstrate the state of incorporation of the Defendant in question. This Court has not yet ruled on this issue.

4. The Initial Brief in this case was originally due on December 10, 2018. Appellants sought a 30-day extension of that deadline based upon the undersigned's heavy caseload. That motion was granted, making the deadline January 9, 2018. As that date approached, Appellants moved for another 30-day extension based upon the fact that there were then two jurisdictional questions pending before this Court. Appellant explained it would save the time and resources of the parties and the Court if the briefing was delayed to allow the Court time to rule on jurisdiction. The second motion for extension was granted.

5. The Initial Brief is currently due on February 8, 2019. Appellants filed a third motion for a 30-day extension of time in which to file the Initial Brief based on the outstanding jurisdictional questions. This Court has not yet ruled on that Motion.

6. In light of the significant jurisdictional issues which remain pending, Appellants request a stay of the briefing schedule until this Court has rendered its decisions on the two jurisdictional questions. A stay of the briefing will preserve the time and resources of the parties and this Court, as Appellants will not need to request further extensions pending this Court's review of the jurisdictional issues.

7.  Counsel for Appellees has been contacted and has no objection to this motion.

WHEREFORE, Appellants respectfully request a stay of the briefing schedule in this case pending this Court's resolution of the two outstanding jurisdictional questions and for the Initial Brief to be filed, if appropriate, 30 days after this Court rules on both jurisdictional questions.

### CERTIFICATE OF COMPLIANCE WITH RULE 27(d)(2)(A)

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 1000 words.

   /s/ Philip M. Burlington
PHILIP M. BURLINTON
Florida Bar No. 285862

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with this Court via CM/ECF, and has been furnished to all counsel on the attached service list, by email, on February 8, 2019.

>Theodore Babbitt, Esq.
>Babbitt & Johnson, P.A.
>1641 Worthington Road, Suite 100
>West Palm Beach, FL  33409
>tedbabbitt@babbitt-johnson.com
>         and
>Robert E. Johnson, Esq.
>GRAYROBINSON, P.A.
>401 E. Jackson Street, Suite 2700
>Tampa, FL 33601
>rjohnson@gray-robinson.com
>valerie.taylor@gray-robinson.com
>         and
>BURLINGTON & ROCKENBACH, P.A.
>444 West Railroad Avenue, Ste. 350
>West Palm Beach, FL  33401
>(561) 721-0400
>Attorneys for Appellants
>pmb@FLAppellateLaw.com
>kbt@FLAppellateLaw.com
>
>By:/s/ Philip M. Burlington
>     PHILIP M. BURLINGTON
>     Florida Bar No. 285862

/kbt

4

## **SERVICE LIST**

Garcia v. Church of Scientology, etc., et al.
Case No. 18-13452-B

| | |
|---|---|
| **Robert V. Potter, Esq.** | **Eric M. Lieberman, Esq.** |
| **F. Wallace Pope, Jr., Esq.** | Rabinowitz, Boudin, Standard, |
| Johnson Pope Bokor | Krinsky & Lieberman, P.C. |
| Ruppel & Burns L.L.P. | 14 Wall St., Ste. 3002 |
| Post Office Box 1368 | New York, NY 10005 |
| Clearwater, FL 33757 | (212) 254-1111 |
| (727) 461-1818 | elieberman@rbskl.com |
| bobp@jpfirm.com | Attorneys for Appellees |
| wallyp@jpfirm.com | |
| Attorneys for Appellees | |