# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 04, 2019

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 18-13452-AA
Case Style: Maria Burgos Garcia, et al v. Church of Scientology, et al
District Court Docket No: 8:13-cv-00220-JDW-TBM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Appellants Cross-Appellees' brief is due **30** days from the date of the enclosed order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: T. L. Searcy, AA
Phone #: (404) 335-6180

MOT-2 Notice of Court Action